IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROBERT HOUSTON WARD,

    Plaintiff,

v.

COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Civ. No. 6:14-cv-01251-JO

ORDER TO PAY EAJA FEES

JONES, District Court Judge:

    Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $7,500.00 is awarded to Plaintiff in care of his attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $5.00 in postage expenses pursuant to 28 U.S.C. § 2412 and $5.00 in photocopying costs pursuant to

28 U.S.C. § 1920, also payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Any check for EAJA fees and for costs and expenses shall be made payable to Nancy J. Meserow, and be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219

IT IS SO ORDERED.

DATED this 16 day of July, 2015.

_____
Robert E. Jones
United States District Court Magistrate